Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida 

Tampa Division

| | |
|---|---|
| Elise Cohen | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Louis DeJoy, USPS Postmaster General and See Page 2 and 2A | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Elise Cohen |
| Street Address | 350 W. Venice Ave. #178 |
| City and County | Venice (Sarasota County) |
| State and Zip Code | Florida 34284 |
| Telephone Number | 941-545-9044 |
| E-mail Address | elisec1@prodigy.net |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Paul Clayton (retired) |
| Job or Title *(if known)* | Manager of Distribution Operations |
| Street Address | 6633 53rd Avenue E Lot D49 |
| City and County | Bradenton (Manatee) |
| State and Zip Code | Florida 34203 |
| Telephone Number | (941) 371-4714 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Paul Gennette (status unknown) |
| Job or Title *(if known)* | Supervisor of Distribution Operations |
| Street Address | 850 Tallevast Road |
| City and County | Sarasota (Manatee) |
| State and Zip Code | Florida 34243 |
| Telephone Number | (941) 359-5146 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Alex Lewis (status unknown) |
| Job or Title *(if known)* | Manager of Distribution Operations |
| Street Address | 850 Tallevast Road |
| City and County | Sarasota (Manatee) |
| State and Zip Code | Florida 34243 |
| Telephone Number | (941) 359-5146 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Rob Imperiale (status unknown) |
| Job or Title *(if known)* | Manager of Distribution Operations |
| Street Address | 850 Tallevast Road |
| City and County | Sarasota (Manatee) |
| State and Zip Code | Florida 34243 |
| Telephone Number | (941) 359-5146 |
| E-mail Address *(if known)* | |

**COMPLAINT FOR A CIVIL CASE ALLEGING RETALIATION & DISABILITY DISCRIMINATION**

Page 2A

Continuation of Defendant List

Defendant No. 4

    Name                Beverly Miller

    Job or Title (if known) USPS Suncoast District Health & Resource Management

    Street Address

    City and County     Tampa

    State and Zip Code   FL

    Telephone Number   1-813-354-6097

    E-Mail Address

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Manasota P&DC |
| Street Address | 850 Tallevast Rd. |
| City and County | Sarasota (Manatee County) |
| State and Zip Code | Florida 34243 |
| Telephone Number | (941) 359-5146 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✔] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Other federal law *(specify the federal law)*:
Section 501 Rehab Act (Arbitrary Retaliation & Gender/Disability Discrimination)

[ ] Relevant state law *(specify, if known)*:
Unknown but intentionally delayed and lied on injury reports, illegally controverted reports

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [✓] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts *(specify)*: Hostile work environment, gender & disability discrimination

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Early months of 2017 See Affidavit, Appeal to OFO, Complaint Brief and all related Exhibits

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [✓] gender/sex    Sexual harassment, retaliation
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*
    Workplace-created multi-level spinal injuries, hip injury

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Please reference Plaintiff's 'Complaint of Employment Discrimination IV. Statement of Claims, Facts 3 E' included with Complaint case submission.

Also reference Plaintiff's Affidavit and Affidavit Exhibits, Appeal to the Office of Federal Operations and Supplemental Exhibits, andf Complaint Brief and Post-Supplemental Exhibits.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
2/21/2017 case #1G-336-0034-17 and 8/5/2017 case #1G-336-0081-17, the two cases were consolidated into a single case #510-2017-00348X on 9-26-2018.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  05/24/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please reference Plaintiff's 'Complaint for Employment Discrimination V. Relief' included with Complaint case submission.

Note that Plaintiff waited over 4 years for final EEOC-OFO decision in an appeal response, and any prior-requested relief has been superceded by the lost quality of life and years awaiting the decision, which can never be regained. Plaintiff has experienced emotional pain and suffering -- past and present -- for the harassment, retaliation, severe lifelong physical injuries, and disability discrimination that occurred.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/19/2022

Signature of Plaintiff: *Elise A. Cohen*
Printed Name of Plaintiff: Elise Cohen

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address